BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLV BERG DRIVE AS,

    Plaintiff,

- against -

NORTH OFFSHORE AS and TROMS OFFSHORE AS,

    Defendants.

---

07 CV 11502

**F.R. CIV. P. RULE 7.1 STATEMENT**

    Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       December 21, 2007

                      Respectfully submitted,
                      BLANK ROME LLP
                      Attorneys for Plaintiff

                      By /s/ Jeremy Harwood
                      Jeremy J.O. Harwood (JH 9012)
                      405 Lexington Avenue
                      New York, NY 10174
                      Tel.: (212) 885-5000

294478.1
128127.00601/6595706v.1