BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____             │
│ DATE FILED: 12/26/07             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLV BERG DRIVE AS,<br><br>        Plaintiff,<br><br>    - against -<br><br>NORTH OFFSHORE AS and TROMS OFFSHORE AS,<br><br>        Defendants. | 07 Civ. 11502 (un)<br><br>**ORDER FOR APPOINTMENT TO SERVE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c)(2) appointing Michael Watson, or any other qualified person appointed by Blank Rome LLP, to serve process of attachment and garnishment and any supplemental process in this matter, and it appearing from the affidavit of Jeremy J.O. Harwood, Esq., that such appointment will result in substantial economies in time and expense,

    **NOW**, on motion of Blank Rome LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome LLP, be and hereby is, appointed to

128127.00601/6595723v.1

serve Process of Maritime Attachment and a copy of the Verified Complaint on

garnishees identified in the garnishment order issued by the Court.

Dated:        New York, New York
              _12-26-_ , 2007

                                    SO ORDERED:

                                    _____
                                    U.S.D.J.

2

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLV BERG DRIVE AS,<br><br>                    Plaintiff,<br><br>         - against -<br><br>NORTH OFFSHORE AS and TROMS OFFSHORE AS,<br><br>                    Defendants. | 07 Civ.<br><br>**AFFIDAVIT IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS** |

STATE OF NEW YORK      )
                                            : ss:
COUNTY OF NEW YORK    )

JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

1.    I am a member of the firm of Blank Rome, LLP attorneys for the Plaintiff herein.

2.    We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. I respectfully request that the Court appoint Michael Watson, or any other person appointed by Blank Rome LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental

128127.00601/6595718v.1

process on the garnishees named in Schedule A, or upon any other or additional garnishees as may be named in any supplemental Process of Maritime Attachment and Garnishment.

WHEREFORE, it is respectfully requested that the aforementioned person, Michael Watson, or any other person appointed by Blank Rome LLP or Blank Rome, LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

_____
Jeremy J.O. Harwood

Sworn to before me this
21st day of December, 2007

_____
Notary Public

LEROY LAMBERT
Notary Public, State of New York
No. 31-4970459
Qualified in New York County
Commission Expires November 27, 20 10

128127.00601/6595718v.1                    2

## SCHEDULE A

1.   The Bank of New York
2.   Bank of America
3.   JP Morgan Chase
4.   ABN Amro Bank
5.   American Express Bank
6.   Barclay's Bank
7.   BNP Paribas
8.   Citibank
9.   Standard Chartered Bank
10.  Atlantic Bank of New York
11.  Deutsche Bank and/or Deutsche Bank Trust Co. Americas
12.  Dresdner Bank AG
13.  HSBC Bank USA
14.  Société Générale