Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR DEFENDANTS
NORTH OFFSHORE AS and TROMS OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLV BERG DRIVE AS,<br><br>    Plaintiff,<br><br>-against-<br><br>NORTH OFFSHORE AS and TROMS OFFSHORE AS,<br><br>    Defendants. | 07 Civ. 11502 (SHS)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

  Please enter my appearance as counsel for Defendants North Offshore AS and Troms Offshore AS. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
   February 29, 2008

              HOLLAND & KNIGHT LLP

        By: *[signature]*
              Michael J. Frevola
              195 Broadway
              New York, NY 10007-3189
              Tel: (212) 513-3200
              Fax: (212) 385-9010
              *Attorneys for Defendants*