Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR DEFENDANTS
NORTH OFFSHORE AS and TROMS OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROLV BERG DRIVE AS, | 07 Civ. 11502 (SHS) |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| NORTH OFFSHORE AS and TROMS OFFSHORE AS, | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

Please enter my appearance as counsel for Defendants North Offshore AS and Troms Offshore AS. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
February 29, 2008

HOLLAND & KNIGHT LLP

By: _____
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:   (212) 385-9010
*Attorneys for Defendants*