Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR DEFENDANTS
NORTH OFFSHORE AS and TROMS OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ROLV BERG DRIVE AS, | 07 Civ. 11502 (SHS) |
|---|---|
| Plaintiff, | |
| -against- | **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| NORTH OFFSHORE AS and TROMS OFFSHORE AS, | |
| Defendants. | |

I, Michael J. Frevola, attorney for defendants North Offshore AS and Troms Offshore AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

North Offshore AS and Troms Offshore AS are not publicly traded and do not have shares owned by publicly traded companies.

Dated: New York, New York
February 29, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:   (212) 385-9010
*Attorneys for Defendants*