Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR DEFENDANTS
NORTH OFFSHORE AS and TROMS OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLV BERG DRIVE AS,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH OFFSHORE AS and TROMS OFFSHORE AS,<br><br>Defendants. | 07 Civ. 11502 (SHS)<br><br>**NOTICE OF INTENT<br>TO RAISE ISSUE<br>OF FOREIGN LAW** |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Defendants North Offshore AS and Troms Offshore AS intend to raise issues of Norwegian law in this proceeding.

Dated: New York, New York
       February 29, 2008

                                   HOLLAND & KNIGHT LLP

                              By:  _____
                                   Michael J. Frevola
                                   Christopher R. Nolan
                                   195 Broadway
                                   New York, NY 10007-3189
                                   Tel:  (212) 513-3200
                                   Fax:  (212) 385-9010

                                   *Attorneys for Defendants*