Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR DEFENDANTS
NORTH OFFSHORE AS and TROMS OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLV BERG DRIVE AS,<br><br>              Plaintiff,<br><br>-against-<br><br>NORTH OFFSHORE AS and TROMS OFFSHORE AS,<br><br>              Defendants. | 07 Civ. 11502 (SHS)<br><br>**NOTICE OF MOTION TO VACATE THE COURT'S MARITIME ATTACHMENT ORDER** |

**PLEASE TAKE NOTICE THAT**, on the accompanying memorandum of law and accompanying Affidavit of Michael J. Frevola in Support of Defendants' Motion to Vacate Maritime Attachment dated February 29, 2008, the undersigned will move this Court before the Honorable Sidney H. Stein at the courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be determined by the Court, for an Order vacating the *Ex Parte* Order for Process of Maritime Attachment entered by this Court on or about December 26, 2007.

**PLEASE TAKE FURTHER NOTICE THAT**, by Order of the Court dated February 8, 2008, opposition papers, if any, are to be filed not later than March 24, 2008.

Dated: New York, New York
February 29, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:   (212) 385-9010

*Attorneys for Defendants*