Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR DEFENDANTS
NORTH OFFSHORE AS and TROMS OFFSHORE AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROLV BERG DRIVE AS,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH OFFSHORE AS and TROMS OFFSHORE AS,<br><br>Defendants. | 07 Civ. 11502 (SHS)<br><br>**AFFIDAVIT OF MICHAEL J. FREVOLA IN SUPPORT OF TROMS OFFSHORE AS' MOTION TO DISMISS** |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

MICHAEL J. FREVOLA, being duly sworn, deposes and says:

1. I am a member of the law firm Holland & Knight LLP, attorneys for Defendants North Offshore AS ("North Offshore") and Troms Offshore AS ("Troms Offshore"), and I am fully familiar with the facts in this case.

2. This Affidavit is made in support of Troms Offshore's motion to dismiss the claims of Plaintiff Rolv Berg Drive AS ("RBD") made against Troms Offshore in this proceeding.

## THE INTERCEPTED WIRE TRANSFERS

3.  I have been advised by counsel for garnishee JPMorgan Chase Bank that there have been four wire transfers intercepted in New York in which Troms Offshore is named as an interested party, which amounts total $596,508.44.

4.  According to JPMorgan Chase Bank, the amount of $290,631.00 was attached on January 10, 2008 while being wired transferred from NIBC Bank Ltd. to Troms Offshore regarding the vessel SICAL-TORINO for January 2008.

5.  According to JPMorgan Chase Bank, the amount of $38.26 was attached on January 16, 2008 while being wired transferred from Troms Offshore to a Belgian entity named Marlink.

6.  According to JP Morgan Chase Bank, the amount of $15,208.18 was attached on January 22, 2008 while being wired transferred from Polish Manning Services Spolka to Troms Offshore regarding the vessel VIGEO OLUFUNKE as a final balance for December 2007.

7.  According to JPMorgan Chase Bank, the amount of $290,631.00 was attached on February 27, 2008 while being wired transferred from NIBC Bank Ltd. to Troms Offshore regarding the vessel SICAL-TORINO for February 2008.

WHEREFORE, it is respectfully requested that this Court grant Defendant Troms Offshore's motion to dismiss Plaintiff RBD's claims against Troms Offshore, and grant such other and further relief to the Defendant Troms Offshore as may be appropriate.

_____
Michael J. Frevola

Sworn to before me this
29th day of February, 2008

_____
Notary Public

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010