```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLV BERG DRIVE AS,

           Plaintiff,

- against -

NORTH OFFSHORE AS and TROMS OFFSHORE AS,

           Defendants.

---

07 Civ. 11502 (SHS)

**STIPULATION OF DISMISSAL AND ORDER THEREON**

    **WHEREAS**, on or about December 21, 2007, Plaintiff Rolv Berg Drive AS ("RBD") filed this action against Defendants North Offshore AS ("North Offshore") and Troms Offshore AS ("Troms Offshore"), and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about December 26, 2007 (collectively, the "Process of Maritime Attachment and Garnishment"); and

    **WHEREAS**, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

    **WHEREAS**, RBD has attached funds at JPMorgan Chase ("JP Morgan") that were being routed from or to accounts held by Troms Offshore in the sum of $596,508.44 (the "Troms Offshore Security");

    **WHEREAS**, RBD has agreed to release the Troms Offshore Security and dismiss Troms Offshore from this action without prejudice;

NOW, pursuant to the subjoined consent of the attorneys for RBD and Troms Offshore, it is:

**ORDERED** that the Troms Offshore Security held by JP Morgan is to be released and wired to an account of Troms Offshore or as its counsel directs; and it is further

**ORDERED** that Troms Offshore is dismissed without prejudice from this action and without costs.

Dated: April 1, 2008

| BLANK ROME LLP | HOLLAND & KNIGHT LLP |
|---|---|
| By: _____ <br> Jeremy Harwood <br> 405 Lexington Avenue <br> The Chrysler building <br> New York, NY  10174 <br> (212) 885-5000 <br> (212) 885-5001 <br> jharwood@blankrome.com | By: _____ <br> Michael J. Frevola <br> Christopher R. Nolan <br> 195 Broadway <br> New York, NY  10007 <br> (212) 513-3516 <br> (212) 385-9010 fax <br> Michael.frevola@hklaw.com |
| *Attorneys for Plaintiff* <br> *Rolv Berg Drive AS* | *Attorneys for Defendant* <br> *Troms Offshore AS* |

**SO ORDERED:**

_____
Sidney H. Stein
United States District Judge          Date 4/2/08

# 5237965_v1

2