```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROLV BERG DRIVE AS,                :    07 Civ. 11502 (SHS)

           Plaintiff,              :

    -against-                  :    ORDER

NORTH OFFSHORE AS,                 :

           Defendant.              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    Defendant's motion to vacate the order issuing a maritime attachment [16] is dismissed without prejudice to its renewal on the basis that the parties have notified the Court that the matter has been resolved;

    2.    There will be a pretrial conference on September 12, 2008, at 12:30 p.m.;

    3.    There will be a pretrial conference in <u>North Offshore AS v. Rolv Berg</u>, 07 Civ. 3095 (SHS) on September 12, 2080, at 12:30 p.m.; and

    4.    If stipulations of dismissal are received before September 12, the conferences will be cancelled.

Dated: New York, New York
       July 31, 2008

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.